1  **LAW OFFICES OF GIHAN THOMAS**
2  **A Professional Corporation**
   **Gihan L. Thomas (SBN 198612)**
3  **Certified Specialist, Immigration and Nationality Law**
   **State Bar of California, Board of Legal Specialization**
4  **930 Colorado Blvd, Unit #2**
   **Los Angeles, CA 90041**
5  **Telephone (310) 203-2242**
6  **Facsimile  (310) 203-2287**
7
8  **Attorney For Plaintiff(s)**

9                    **UNITED STATES DISTRICT COURT**

10                   **CENTRAL DISTRICT OF CALIFORNIA**

11

12 Mohamed A. Salem,                          Case No.:      8:22-CV-2217
13 Maram G. Abdelal

14

15

16

17              Plaintiff(s),               **COMPLAINT FOR:**

18     vs.                                  **1) DECLARATORY**
19                                               **AND INJUNCTIVE RELIEF**
                                            **2) WRIT IN THE NATURE OF**
20                                               **IMMIGRATION MANDAMUS**
   UNITED STATES DEPARTMENT OF
21 HOMELAND SECURITY; UNITED
   STATES CITIZENSHIP AND
22 IMMIGRATION SERVICES; LOS
   ANGELES ASYLUM OFFICE; DAVID
23 RADEL; ALEJANDRO MAYORKAS;
   UR M. JADDOU; TED H. KIM;
24 MATTHEW D. EMRICH;
25 CHRISTOPHER A. WRAY AND DOES
   1-10,
26
27              Defendants.
28

By and through her undersigned counsel, Plaintiffs; MOHAMED A. SALEM AND
MARAM G. ABDELAL ("Plaintiff(s)") bring this action, individually or derivatively on behalf
of MOHAMED A. SALEM

## INTRODUCTION

1. This action is brought by Plaintiff(s) Mohamed A. Salem and and Maram G. Abdelal by

   and through their attorney, to request issuance of a writ of mandamus or in the nature of

   mandamus and/or to compel under the Administrative Procedure Act ("APA") ordering

   Defendants and those acting under them to process an Application for Asylum and for

   Withholding of Removal which was received and pending as of February 22, 2017, and

   which has still not been called for an interview.

2. On January 31, 2017, Plaintiff Mohamed A. Salem came to the United States at JFK

   airport, New York City, NY on a B2 visa and has stayed in the US ever since. On June

   28, 2017, Plaintiff Maram G. Abdelal came to the United States at JFK airport, New

   York City, NY on a B2 visa and has stayed in the US ever since.  On February 22, 2017,

   Plaintiff(s) submitted an I-589 Application for Asylum and Withholding of Removal to

   which was subsequently assigned for processing and adjudication to the Defendant Los

   Angeles Asylum Office upon his relocation to the Los Angeles jurisdiction. *See* **(Exhibit**

   **A: Plaintiff's I-589 Application for Asylum and Withholding of Removal and**

   **Receipt Notice).** Subsequently, Plaintiff Mohamed A. Salem's spouse Maram G. Abdelal

   filed a separate I-589 Application on or around August 13, 2020. Defendants

   acknowledged receipt of her application on August 18, 2020. *See* **(Exhibit B: Plaintiff's**

   **Spouse Maram G. Abdelal's I-589 Application for Asylum and Withholding of**

   **Removal and acknowledgement of receipt).**  . Plaintiff Mohamed A. Salem sought

   asylum in the United States of America based on past persecution and/or a well-founded

fear of returning to Egypt on account of Plaintiff Mohamed A. Salem's political opinion, race, religion, and nationality. Plaintiff's spouse sought asylum in the United States of America based on her membership in a particular social group as a victim of Female Genital Mutilation (FGM).

3.  After submitting their applications for asylum, Defendant USCIS instructed by Plaintiff Mohamed A. Salem and Maram G. Abdelal to present themselves to biometric inspection at a designated USCIS Application Support Center. Plaintiff Mohamed A. Salem was instructed to present himself at a designated USCIS Application Support Center between 03/17/2017 to 03/31/2017. Plaintiff Maram G. Abdelal was instructed to present herself at a designated USCIS Application Support Center on 09/11/2017. *See* **(EXHIBIT C: I-797 Notice of Action- Fingerprint Notifications).** Plaintiff Mohamed A. Salem and Maram G. Abdelal did appear at the designated Application Support Center during the appointed time-frame and provided their biometric information.

**4.**  After Plaintiff(s) provided their biometric information, neither Defendant USCIS nor Los Angeles Asylum Office nor any of the other named Defendants communicated with Plaintiff(s) about the exact date their asylum interview would be scheduled. Note: Plaintiff(s) received a notice from Defendant Los Angeles Asylum Office confirming receipt of Plaintiff's request to add their name to the Standby List for an Affirmative Asylum Interview on February 26, 2021. *See* (**EXHIBIT D-USCIS Los Angeles Asylum Office Standby List Acceptance Letter).** Note: On January 1, 2022, Plaintiff(s) affirmatively contacted Defendant U.S. Citizenship and Immigration Services Office of Legislative Affairs concerning the status of their asylum application. Plaintiff(s)

filed a formal letter and Privacy Release form with Defendant U.S. Citizenship and Immigration Services. Plaintiff(s) inquired about the status of their I-589 Application and authorized USCIS to release information contained in their USCIS records as relevant to checking the status of their case to their local Representative Alan Lowenthal. *See* **(EXHIBIT E- Defendant U.S. Citizenship and Immigration Services Office of Legislative Affairs Privacy Release Form and Formal Letter Submitted By Plaintiff(s).** On February 16, 2022, Plaintiff Mohamed Salem contacted the office of his local Congresswoman Katie Porter (CA-45) concerning his I-589 Case Status. Subsequently, Congresswoman Porter's office submitted a case inquiry on Plaintiff Mohamed Salem's behalf. *See* (**EXHIBIT F- USCIS Los Angeles Asylum Office Response to Plaintiff(s) Expedited Interview Request Concerning Their Asylum Application and Plaintiff(s) Request).** On May 8, 2022, the Plaintiff received a response from Defendant Los Angeles Asylum Office indicating the service had received the client's third inquiry concerning their case. The Defendant Los Angeles Asylum Office did not provide the Plaintiff with any indication of a future interview date. The Plaintiff(s) have been waiting for more than 5 years for their interview date at this point. Plaintiff(s) have no way of knowing how much longer they will have to wait in order to testify in support of their application for asylum. Plaintiff and his spouse are unable to plan for their future and are forced to endure the constant uncertainty of the possibility their application will be denied and referred to The Executive Office for Immigration Review (EOIR).

5. Defendants have violated the Administrative Procedures Act ("APA") by failing to

   schedule Plaintiff's asylum application for an interview which has been pending now for

   over 5 years. Plaintiff(s) seek to compel Defendants, through a writ of mandamus, to

   schedule an interview for the pending asylum application.

### **PARTIES**

6. Plaintiff(s) Mohamed A. Salem and Maram G. Abdelal are citizens of Egypt. Plaintiff

   Mohamed A. Salem came to the United States on January 31, 2017. On June 28, 2017,

   Plaintiff's Maram G. Abdelal entered the United States. Plaintiff Mohamed A. Salem

   filed his I-589 Application for Asylum and Withholding of Removal on or about

   February 22, 2017. Plaintiff's spouse Maram G. Abdelal filed her subsequent I-589

   Application for Asylum and Withholding of Removal on or about August 13, 2020.

7. Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY

   (hereinafter "DHS") is an agency of the United States government involved in the acts

   challenged, employs the officers named as defendants, and includes the U.S. Citizenship

   and Immigration Services and Los Angeles Asylum office and officers named as

   defendants in this complaint.

8. Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES

   (hereinafter "USCIS") is an agency of the United States government under DHS,

   overseeing the Los Angeles Asylum Office and officers named as defendants in this

   Complaint.

9. Defendant LOS ANGELES ASYLUM OFFICE (hereinafter "Los Angeles Asylum

   Office") is an office within USCIS and the federal agency with direct authority and

   responsibility to adjudicate Plaintiff's asylum application.

10. Defendant DAVID RADEL (hereinafter "Director Radel") is the Director of the Los Angeles Asylum Office. This suit is brought against Director Radel in his official capacity, as he is charged with overseeing the adjudication of the asylum applications at the Los Angeles Asylum Office in a timely manner, and ensuring the efficiency of the officers employed.

11. Defendant ALEJANDRO MAYORKAS (hereinafter "Secretary Mayorkas") is the Secretary of the Department of Homeland Security. This suit is brought against Secretary Mayorkas in his official capacity, as he is charged with the administration and enforcement of all immigration and citizenship laws that are bound in the powers, duties, and functions of the Department of Homeland Security.

12. Defendant UR M. JADDOU (hereinafter "Director Jaddou") is the Director of USCIS, the Agency charged with adjudicating Plaintiff's(s) asylum application. This suit is brought against Director Jaddou in her official capacity, as she is charged with oversight, administration, and execution of immigration laws of the United States.

13. Defendant TED H. KIM (hereinafter "Associate Director KIM") is the Associate Director of Refugee, Asylum, and International Operations. This suit is brought against Associate Director Kim in his official capacity, as he is charged with supervision over all asylum offices, including the Los Angeles Asylum Office, and it requires some applications to be forwarded to headquarters before final adjudication, and may, upon information and belief, have ordered that Plaintiff's case be forwarded to his office for its review.

14. Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate. This suit is brought against Associate Director Emrich in his official capacity, as he supervises

all USCIS staff who review asylum applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who seek to defraud the immigration system. Certain applications must be reviewed by the Fraud Detection and National Security Directorate before their final adjudication. Upon information and belief, USCIS has not adjudicated the Plaintiffs' asylum application because the Fraud Detection and National Security Directorate has never completed its review.

15. Defendant CHRISTOPHER A. WRAY (hereinafter "Director Wray") is the Director of the Federal Bureau of Investigations. This suit is brought against Director Wray in his official capacity, as he is responsible for overseeing the background checks involved with immigration matters.

## **JURISDICTION**

16. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiff(s) suffered a legal wrong and continue to suffer because of the Defendant's failure to act upon the pending Asylum application for indefinite periods of time.

17. The Court has jurisdiction over the present action pursuant to 8 C.F.R, § 204, Immigration & Nationality Act § 203 (b)(1)(C); 28 U.S.C. § 1131, 28 U.S.C. § 136, the Mandamus Act; 28 U.S.C §2201, the Declaratory Judgement Act; and 5 U.S.C. §701-706, the Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

18. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld." Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v. Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance,…no balancing of factors is required or permitted."

## VENUE

19. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which a plaintiff resides, so long as no real property is involved in the action. Plaintiff(s) resides in Irvine, California, which is located in the Central District of California. No real property is involved in this action. Therefore, venue is proper in this Court.

## EXHAUSTION OF REMEDIES

20. Plaintiff(s) have no administrative remedies. Since Plaintiff Mohamed A. Salem received his notification to process his biometric information between 03/17/2017 to 03/31/2017 and Plaintiff's spouse Maram G. Abdelal received her notification to process her biometric information on 09/11/2017**,** Plaintiff(s) have received no clear correspondence or communication from Defendant USCIS nor Los Angeles Asylum Office about how much longer they will have to wait for the pending asylum application to be called for an interview. Plaintiff(s) had been waiting over 5 years at this point to have their asylum

claim to be heard at the Los Angeles Asylum Office. There are no administrative remedies for neglect of duty.

## CAUSE OF ACTION

21. Pursuant to 8 U.S.C §1158, Plaintiff(s) Mohamed A. Salem filed an application for Asylum and Withholding of Removal on or about February 22, 2017. Subsequently, Plaintiff's spouse Maram G. Abdelal filed an application for Asylum and Withholding of Removal on or about August 13, 2020.

22. Since filing their Application, Plaintiff(s) Mohamed A. Salem and Maram G. Abdelal have not received any concrete indication from the Defendant Los Angeles Asylum Office nor USCIS of the date their Asylum interview will be scheduled. Plaintiff(s) Mohamed A. Salem and Maram G. Abdelal, therefore, have no way of knowing how much longer the scheduling process will take.

23. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

24. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

25. Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158 (d)(5)(A)(iii). It has been over 5 years since Plaintiff(s) Mohamed A. Salem and his spouse Maram G. Abdelal applied for Asylum. Plaintiff(s) have yet to receive an interview date for their cases.

26. Plaintiff(s) have no adequate remedy at law, and will continue to suffer irreparable harm if the asylum application is not promptly scheduled.

27. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]"

28. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction and agreeable to the usages and principles of law."

## CLAIM FOR RELIEF

29. Plaintiff's claim in this action is clear and certain. Plaintiff(s) realleges paragraphs 1 through 28, and, as if fully set forth, Plaintiff(s) is entitled to an order in the nature of mandamus to compel Defendants to complete administrative processing and schedule an interview for the pending Asylum application.

30. As a result of the Defendants' failure to adequately perform their duties, Plaintiff(s) have suffered, are suffering, and will continue to suffer irreparable harm. Specifically:

   a. Plaintiff(s) have been irreparably damaged from the fear of not knowing or ability to prepare for their future concerning what will happen with their asylum case for over 5 years. Plaintiff(s) Mohamed A. Salem and his spouse Maram G. Abdelal have been constantly hoping to have the case scheduled for an interview so their case could then be adjudicated and so that they can progress with their lives. Due to the abnormally long wait and lack of certainty surrounding when their asylum case will be heard, Plaintiff and his spouse are enduring significant psychological trauma. *See,* Exhibit E (Hardship Letter).

b.  The delay is causing irreparable harm to Plaintiff(s) who are not able to progress with their lives in the United States without fear of being forced to return to Egypt, a country where upon return it is reasonable to believe he and his family will be persecuted, tortured, or killed.

31.  The Defendants, in violation of the Administrative Procedure Act, are unlawfully withholding or unreasonably delaying action on Plaintiff(s) Mohamed A. Salem and his spouse Maram G. Abdelal's application and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to their case.

32.  The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate in this matter.

33.  Plaintiff(s) Mohamed A. Salem and his spouse Maram G. Abdelal have attempted to learn about the status of their pending Asylum and Withholding of Removal application, all to no avail. Only the Los Angeles Asylum Office can make decisions on scheduling an asylum interview, leaving no adequate remedy.

Accordingly, Plaintiff(s) have been forced to pursue the instant action.

## **PRAYER**

34.  WHEREFORE, in view of the arguments and authorities noted herein, Plaintiff(s) respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court:

a.  Accept jurisdiction and maintain continuing jurisdiction in this action;

b.  Declare as unlawful the violation by Defendants  of failing to act on a properly filed Asylum and Withholding of Removal application;

c.  Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

d.  Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1) compelling the Defendants to take action on Plaintiff(s) Mohamed A. Salem's and his spouse's asylum applications by scheduling an asylum interview and then timely adjudicating the case subsequent to the interview;

e.  Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff(s) Mohamed A. Salem and his spouse Maram G. Abdelal's Withholding of Removal Application by scheduling an interview and then timely adjudicating the case subsequent to the interview;

f.  Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

g.  Grant such relief at law and in equity as justice may require.


Date: December 9, 2022

Respectfully Submitted,

/s/ Gihan L. Thomas, Esq.
_____
Gihan L. Thomas
Certified Specialist, Immigration and Nationality Law
State Bar of California, Board of Legal Specialization

1

2

3

4

5

6

7

8

9

**LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS MOHAMED AHMED SALEM ET AL. v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY ET AL.**

**EXHIBIT**                                                                    **PAGES**

**A.** Applicant Mohamed A. Salem's  I-589 Application for Asylum and Withholding of Removal……………………………………………1-17

Asylum Application Receipt Notice….……………………………………18

**B.** Applicant Mohamed A. Salem's Spouse Maram G. Abdelal's I-589 Application for Asylum and Withholding of Removal…………………………………………19-30

Acknowledgment of Receipt of Asylum Application…………………………31A-31B

**C.** I-797 Notice of Action- Fingerprint Notifications of Plaintiff(s)…………………………………………………………..…31-32

**D.** USCIS Los Angeles Asylum Office Standby List Acceptance Letter………….33-34

**E.** Defendant U.S. Citizenship and Immigration Services Office of Legislative Affairs Privacy Release Form and Formal Letter Submitted By Plaintiff(s)…………………………………………………..35-39

**F.** USCIS Los Angeles Asylum Office Response to Plaintiff(s) Expedited Interview Request Concerning Their Asylum Application and Plaintiff(s) Request)………………………………………40-43

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 12/31/2016

# I-589, Application for Asylum and for Withholding of Removal

**START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is NO filing fee for this application.**

**NOTE:** Check this box if you also want to apply for withholding of removal under the Convention Against Torture. ☒

## Part A.I. Information About You

**1. Alien Registration Number(s) (A-Number) (if any)**
NONE

**2. U.S. Social Security Number (if any)**
NONE

**3. Complete Last Name**
SALEM

**4. First Name**
MOHAMED

**5. Middle Name**
AHMED

**6. What other names have you used (include maiden name and aliases)?**
MOHAMED AHMED ABDELNABY AHMED SALEM

**7. Residence in the U.S. (where you physically reside)**

| Street Number and Name | Apt. Number |
|---|---|
| 7801 RIDGE BLVD | |

| City | State | Zip Code | Telephone Number |
|---|---|---|---|
| BROOKLYN | NEW YORK | 11209 | ( 917 ) 4003291 |

**8. Mailing Address in the U.S. (if different than the address in Item Number 7)**

| In Care Of (if applicable): | Telephone Number |
|---|---|
| MOHAMED AHMED SALEM | ( 917 ) 4003291 |

| Street Number and Name | Apt. Number |
|---|---|
| 7801 RIDGE BLVD | |

| City | State | Zip Code |
|---|---|---|
| BROOKLYN | NEW YORK | 11209 |

**9. Gender:** ☒ Male  ☐ Female    **10. Marital Status:** ☐ Single  ☒ Married  ☐ Divorced  ☐ Widowed

**11. Date of Birth (mm/dd/yyyy)**
05/12/1989

**12. City and Country of Birth**
RIYADH, SAUDI ARABIA

**13. Present Nationality (Citizenship)**
EGYPTIAN

**14. Nationality at Birth**
EGYPTIAN

**15. Race, Ethnic, or Tribal Group**
WHITE

**16. Religion**
MUSLIM

**17.** Check the box, a through c, that applies: **a.** ☒ I have never been in Immigration Court proceedings.

**b.** ☐ I am now in Immigration Court proceedings.    **c.** ☐ I am not now in Immigration Court proceedings, but I have been in the past.

**18.** Complete 18 a through c.

**a.** When did you last leave your country? (mm/dd/yyyy) 01/30/2017    **b.** What is your current I-94 Number, if any? 232 7647 7985

**c.** List each entry into the U.S. beginning with your most recent entry. List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)

| Date 01/31/2017 | Place JFK, NEW YORK | Status B2 | Date Status Expires 07/30/2017 |
|---|---|---|---|
| Date | Place | Status | |
| Date | Place | Status | |

**19. What country issued your last passport or travel document?**
EGYPT

**20. Passport Number** A13957615
**Travel Document Number** N/A

**21. Expiration Date (mm/dd/yyyy)**
12/22/2021

**22. What is your native language (include dialect, if applicable)?**
ARABIC

**23. Are you fluent in English?** ☒ Yes  ☐ No

**24. What other languages do you speak fluently?**
NONE

| For EOIR use only. | For USCIS use only. | **Action:** Interview Date: _____ Asylum Officer ID#: _____ | **Decision:** Approval Date: _____ Denial Date: _____ Referral Date: _____ |
|---|---|---|---|

Form I-589 (Rev. 12/29/14) ˅

- 1 -

## Part A.II. Information About Your Spouse and Children

**Your spouse**  ☐ I am not married. (Skip to **Your Children** below.)

| 1. Alien Registration Number (A-Number) (if any) NONE | 2. Passport/ID Card Number (if any) NONE | 3. Date of Birth (mm/dd/yyyy) 02/22/1988 | 4. U.S. Social Security Number (if any) NONE |
|---|---|---|---|

| 5. Complete Last Name ABDELAL | 6. First Name MARAM | 7. Middle Name GABER | 8. Maiden Name |
|---|---|---|---|

| 9. Date of Marriage (mm/dd/yyyy) 06/27/2012 | 10. Place of Marriage CAIRO EGYPT | 11. City and Country of Birth RIYADH , SAUDI ARABIA |
|---|---|---|

| 12. Nationality (Citizenship) EGYTIAN | 13. Race, Ethnic, or Tribal Group WHITE | 14. Gender ☐ Male  ☒ Female |
|---|---|---|

**15. Is this person in the U.S.?**  ☐ Yes (Complete Blocks 16 to 24.)  ☒ No (Specify location): EGYPT

| 16. Place of last entry into the U.S. | 17. Date of last entry into the U.S. (mm/dd/yyyy) | 18. I-94 Number (if any) | 19. Status when last admitted (Visa type, if any) |
|---|---|---|---|

| 20. What is your spouse's current status? | 21. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 22. Is your spouse in Immigration Court proceedings? ☐ Yes  ☐ No | 23. If previously in the U.S., date of previous arrival (mm/dd/yyyy) |
|---|---|---|---|

**24. If in the U.S., is your spouse to be included in this application?** *(Check the appropriate box.)*
☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
☒ No

**Your Children.** List all of your children, regardless of age, location, or marital status.

☐ I do not have any children. *(Skip to Part A.III.. Information about your background.)*

☒ I have children.  Total number of children:  1

(**NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.*)

| 1. Alien Registration Number (A-Number) (if any) NONE | 2. Passport/ID Card Number (if any) NONE | 3. Marital Status (Married, Single, Divorced, Widowed) SINGLE | 4. U.S. Social Security Number (if any) NONE |
|---|---|---|---|

| 5. Complete Last Name SALEM | 6. First Name AHMED | 7. Middle Name MOHAMED | 8. Date of Birth (mm/dd/yyyy) 03/29/2016 |
|---|---|---|---|

| 9. City and Country of Birth STATEN ISLAND , NY | 10. Nationality (Citizenship) AMERICAN | 11. Race, Ethnic, or Tribal Group WHITE | 12. Gender ☒ Male  ☐ Female |
|---|---|---|---|

**13. Is this child in the U.S. ?**  ☐ Yes (Complete Blocks 14 to 21.)  ☒ No (Specify location): EGYPT

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (if any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? ☐ Yes  ☐ No |
|---|---|---|

**21. If in the U.S., is this child to be included in this application?** *(Check the appropriate box.)*
☐ Yes (Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
☒ No

## Part A.II. Information About Your Spouse and Children (Continued)

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ?  ☐ Yes (Complete Blocks 14 to 21.)  ☐ No (Specify location):

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application?  (Check the appropriate box.)
☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
☐ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ?  ☐ Yes (Complete Blocks 14 to 21.)  ☐ No (Specify location):

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application?  (Check the appropriate box.)
☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
☐ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ?  ☐ Yes (Complete Blocks 14 to 21.)  ☐ No (Specify location):

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application?  (Check the appropriate box.)
☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
☐ No

## Part A.III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. (List Address, City/Town, Department, Province, or State and Country.)
   (NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)

| Number and Street (Provide if available) | City/Town | Department, Province, or State | Country | Dates From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|---|---|
| VILLA 44/1 REHAB CITY | NEW CAIRO | N/A | EGYPT | 05/09 | 01/17 |
| | | | | | |

2. Provide the following information about your residences during the past 5 years. List your present address first.
   (NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)

| Number and Street | City/Town | Department, Province, or State | Country | Dates From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|---|---|
| 7801 RIDGE BLVD | BROOKLYN | NEW YORK | USA | 01/17 | 02/17 |
| VILLA 44/1 REHAB CITY | NEW CAIRO | N/A | EGYPT | 05/09 | 01/17 |
| | | | | | |
| | | | | | |
| | | | | | |

3. Provide the following information about your education, beginning with the most recent.
   (NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)

| Name of School | Type of School | Location (Address) | Attended From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|---|
| UNIVERSAL AIR ACADEMY | UNIVERSITY | ELMOTE CALIFORNIA | 03/11 | 04/12 |
| ARAB ACADEMY | COLLEGE | CAIRO EGYPT | 09/06 | 01/10 |
| KING KHALED INTERNATIONAL | HIGH SCHOOL | SAUDI ARABIA | 09/02 | 06/06 |
| VICTORIA COLLEGE | MIDDLE SCHOOL | ALEXANDRIA EGYPT | 09/01 | 06/02 |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
   (NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)

| Name and Address of Employer | Your Occupation | Dates From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|
| UNEMPLOYED | | 09/16 | 02/17 |
| NESMA AIR LINES | ADMIN | 02/15 | 09/16 |
| AIR CAIRO | ADMIN | 03/14 | 02/15 |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
   (NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| Mother HELY KHAMIS | ALEXANDRIA EGYPT | ☐ Deceased  CAIRO EGYPT |
| Father AHMED SALEM | ALEXANDRIA EGYPT | ☐ Deceased  KUWAIT |
| Sibling MARWAN SALEM | ALEXANDRIA EGYPT | ☐ Deceased  CAIRO EGYPT |
| Sibling ABDELRAHMAN SALEM | JUBAIL SAUDI ARABIA | ☐ Deceased  CAIRO EGYPT |
| Sibling | | ☐ Deceased |
| Sibling | | ☐ Deceased |

## Part B. Information About Your Application

**(NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

1. Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

I am seeking asylum or withholding of removal based on:

☒ Race                  ☒ Political opinion

☒ Religion            ☐ Membership in a particular social group

☒ Nationality         ☒ Torture Convention

A. Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

☐ No          ☒ Yes

If "Yes," explain in detail:
1. What happened;
2. When the harm or mistreatment or threats occurred;
3. Who caused the harm or mistreatment or threats; and
4. Why you believe the harm or mistreatment or threats occurred.

SEE AFFIDAVIT

B. Do you fear harm or mistreatment if you return to your home country?

☐ No          ☒ Yes

If "Yes," explain in detail:
1. What harm or mistreatment you fear;
2. Who you believe would harm or mistreat you; and
3. Why you believe you would or could be harmed or mistreated.

SEE AFFIDAVIT

**Part B. Information About Your Application (Continued)**

2.  Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States?

☒ No          ☐ Yes

If "Yes," explain the circumstances and reasons for the action.

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☒ No          ☐ Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

3.B. Do you or your family members continue to participate in any way in these organizations or groups?

☒ No          ☐ Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

4.  Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No          ☒ Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

SEE AFFIDAVIT

## Part C. Additional Information About Your Application

(NOTE: *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

   ☒ No          ☐ Yes

   If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

   ☒ No          ☐ Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

   ☒ No          ☐ Yes

   If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

   ☒ No          ☐ Yes

   If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

## Part C. Additional Information About Your Application (Continued)

4. After you left the country where you were harmed or fear harm, did you return to that country?

[X] No          [ ] Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

5. Are you filing this application more than 1 year after your last arrival in the United States?

[X] No          [ ] Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

6. Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States?

[X] No          [ ] Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.



## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

**WARNING:** Applicants who are in the United States illegally are subject to removal if their asylum or withholding claims are *not granted by* an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| MOHAMED AHMED  SALEM | TECHNOLOGY NOT AVAILABLE |

Did your spouse, parent, or child(ren) assist you in completing this application?  ☐ No  ☒ Yes *(If "Yes," list the name and relationship.)*

_____   _____   _____   _____
*(Name)*   *(Relationship)*   *(Name)*   *(Relationship)*

Did someone other than your spouse, parent, or child(ren) prepare this application?  ☐ No  ☒ Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?  ☐ No  ☒ Yes

Signature of Applicant *(The person in Part A.I.)*

[        *Mohamed Salem*        ]          02/01/2017
Sign your name so it all appears within the brackets          Date *(mm/dd/yyyy)*

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |
|---|---|
|  | LAW OFFICE OF EHAB MOUSTAFA |

| Daytime Telephone Number | Address of Preparer: Street Number and Name |
|---|---|
| ( 718 ) 8582200 | 7201 5TH AVENUE |

| Apt. Number | City | State | Zip Code |
|---|---|---|---|
| 1 | BROOKLYN | NEW YORK | 11209 |

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Immigration Judge

Supplement A, Form I-589

| A-Number *(If available)*<br>NONE | Date<br>02/01/2017 |
|---|---|
| Applicant's Name<br>MOHAMED AHMED   SALEM | Applicant's Signature<br>*Mohamed Salem* |

## List All of Your Children, Regardless of Age or Marital Status

*(NOTE: Use this form and attach additional pages and documentation as needed, if you have more than four children)*

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender<br>☐ Male   ☐ Female |

13. Is this child in the U.S. ?   ☐ Yes *(Complete Blocks 14 to 21.)*   ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings?<br>☐ Yes   ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender<br>☐ Male   ☐ Female |

13. Is this child in the U.S. ?   ☐ Yes *(Complete Blocks 14 to 21.)*   ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings?<br>☐ Yes   ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

Supplement B, Form I-589

| Additional Information About Your Claim to Asylum | |
|---|---|
| A-Number *(if available)*<br>NONE | Date<br>02/01/2017 |
| Applicant's Name<br>MOHAMED AHMED   SALEM | Applicant's Signature<br>*Mohamed  Salem* |

NOTE: *Use this as a continuation page for any additional information requested.  Copy and complete as needed.*

Part      A.III

Question   3

RIYADH INTERNATIONAL SCHOOL , ALEXANDRIA EGYPT , 09/00- 06/01

AMERICAN SCHOOL, CAIRO EGYPT, 09/95-06/00

Supplement B, Form I-589

## Additional Information About Your Claim to Asylum

| A-Number *(if available)* | Date |
|---|---|
| NONE | 02/01/2017 |

| Applicant's Name | Applicant's Signature |
|---|---|
| MOHAMED AHMED   SALEM | *Mohamed   Salem* |

NOTE: *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part     A.III

Question   4

MARWAN GROUP , MANAGER ,CAIRO EGYPT ,12/13- 11/14

# DEPARTMENT OF HOMELAND SECURITY
## U.S. CITIZENSHIP AND IMMIGARATION REVIEW

---------------------------------------------

MOHAMED AHMED  SALEM

### IN SUPPORT OF MY APPLICATIONS
FOR ASYLUM, WITHHOLDING OF
REMOVAL & PROTECTION UNDER
CONVENTION AGAINST TORTURE.

---------------------------------------------

1) I, MOHAMED Ahmed SALEM, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge.

2) I was born in JUBAIL SAUDI ARABIA, on 05/12/1989.

3) I am a citizen of Egypt.

4) I am submitting this affidavit in support of my applications for Asylum pursuant to Immigration and Nationality Act Paragraph 208, Withholding of Removal pursuant to INA paragraph 241(b)(3), and relief under Article 3 of the United Nations Convention Against Torture as implemented by Section 2242 of Public Law 105-277 and Regulations codified under 8 C.F.R. Parts 3,103 and 208.

5) This affidavit is the summary of recent events. The following discusses the circumstances in my country, which have led me to seek asylum. I applied for asylum because I am afraid I will be subject to detention, torture and possibly death under torture if I was forced to return to Egypt based on my religious beliefs, and political opinion.  I am seeking asylum, withholding and/ or deferral of removal.

**My background**

6) I was born in Jubail, Saudi Arabia. When I was 5 years old, my father's

**- 14 -**

employment contract finished and we had to move back to Egypt. At the time my parents had explained to me that their temporary work residency had expired, and that we are now forced to return to Egypt. Furthermore, they later explained to me that even if I was born in Saudi Arabia, I am still not a citizen of the country. At the time, it was hard to understand how a person could both be born in a country yet not acquire citizenship of that same country.

7) When I first moved to Egypt, I was still a child. I didn't care and I was just living my life like any other child. When I was 13 years old, my parent moved back to Saudi Arabia because my father had a job offer. I lived in Saudi Arabia until the age 17. When his work contract ended, we had to move back to Egypt. Migration to Egypt was the worse, I found my self in a country without freedom or democracy. Everyone is afraid to speak up for his or her rights. People are afraid of being arrested and subjected to torture, if they speak up against the government, and women were not equally being treated as man.

8) I believe that as human beings, we are born free and equal. We are all the same, and should have equal rights. Everyone should have the freedom and right of choice no matter what race, sex, or color they may be. It shouldn't matter where one was born, what religion they practice, what political views they hold, or what their social level is.  Everyone should have the right to live free and feel safe.

9) I minded my own business, and went to college, got married and started a family of my own. In recent years, a civil war took place in my country, which split the people into different groups. Those with the current regime those against the current regime, others who wanted to rebel again the entire government have joint terrorist

groups such as the Muslim brotherhood and ISIS.

10) Although the civil war took place, my family and I continued to mind our own business and did not take any side or get involved in anyway.

11) On January 2017, my co-workers had told me that people from terrorist group have been trying to recruit them. I did not ask for details and did not want any part of it. I ignored the subject completely and left the office.

12) I went back to work the next day and tried to avoid my co-workers. Everything went well; they did not open the subject with me again.

13) About a week later on my way home, 3 guys stopped me, they asked if I could join them for a cup of tea in a private space. I was very confused and scared. I then rejected their offer without asking any questions. I was scared and did not know how to react. They kidnapped me and took me somewhere. They introduced themselves as the Muslim brotherhood group. They asked me to join them and they tried to talk me into what they do and how they want to make a difference in the country.

14) I did not say a word. I was very scared and nervous. All I was thinking about is what will my family do after they kill me.

15) They kept me for a few hours before they released me and told me they will give me a chance to think about it. One of the guys told me not to get confused and that I had two options joining them or joining the dead in the grave.

16) After they let me go, I found my self-exiting from a local building in the area near my job. I left and went straight to my house. I told my wife that some guys at work were having some problems with the Muslim brotherhood group and that our boss gave us a week off. I told her to pack our bags and that we will travel for pleasure.

17) After packing, I took my family to Alexandria to make sure they were safe and came to the United States to seek asylum. I came to the United States hoping this country can protect me and allow me to live safe and freely.

18) I left my wife and son in a safe location in Egypt where hopefully no one will get to them. I did not have a choice but to leave the country and travel to the United States right away; since my life was in danger. My family is not completely safe in Egypt. Their life is endanger as well. They can only hide for so long, and I hope they can join me here soon.

19) I am afraid to be deported back to Egypt because my Political opinion is against the repressive way of the past regime of the Muslim Brotherhood Group, and the current Egyptian regime.

20) If I return to Egypt, the Muslim Brotherhood Group will kidnap me and torture me to death.

## Conclusion

21) Given this current situation and the change in my country condition, Egypt having no other place to go to or to reside in, being at-risk of being captured and tortured and possibly executed if I go back to my country. I ask that you grant me asylum.

22) I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

*Mohamed Salem*

Mohamed Ahmed Salem

Applicant

- **17** -

FROM

US DEPT OF HOMELAND SECURITY
US CITIZENSHIP & IMMIGRATION SVCS
1065 STEWART AVE
SUITE 200
BETHPAGE, NY  11714

NAME: MOHAMED SALEM                                    DATE:   3/06/17
A-NUMBER: 212936615 RCPT#: ZNY1700058050               FORM:  I-589
            *** ACKNOWLEDGEMENT OF RECEIPT ***
    Your complete Form I-589 asylum application was received and is pending
as of  2/22/17.  You may remain in the U.S. until your asylum application
is decided. If you wish to leave while your application is pending, you
must obtain advance parole from USCIS.  If you change your address, send
written notification of the change within 10 days to the above address.
You will receive a notice informing you when you and those listed on your
application as a spouse or dependents must appear for an asylum interview.
Bring to the interview 3 copies of documentary evidence of your
relationship to those family members.

TO

EHAB MOUSTAFA
C/O LAW OFFICE OF EHAB MOUSTAFA
7201 5TH AVENUE

BROOKLYN, NY  11209

- 18 -

# Exhibit B

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 09/30/2022

# I-589, Application for Asylum and for Withholding of Removal

**START HERE** - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is no filing fee for this application.

**NOTE:** ☒ Check this box if you also want to apply for withholding of removal under the Convention Against Torture.

## Part A.I.  Information About You

| 1. Alien Registration Number(s) (A-Number) *(if any)*<br>216102842 | 2. U.S. Social Security Number *(if any)*<br>668952784 | 3. USCIS Online Account Number *(if any)* |
|---|---|---|

| 4. Complete Last Name<br>Abdelal | 5. First Name<br>Maram | 6. Middle Name<br>Gaber Ali |
|---|---|---|

7. What other names have you used *(include maiden name and aliases)?*
Maram Abdelal                                     N/A

8. Residence in the U.S. *(where you physically reside)*

| Street Number and Name<br>12021 Bay Port Street | Apt. Number<br>2112 |
|---|---|

| City<br>Garden Grove | State<br>CA | Zip Code<br>92840 | Telephone Number<br>9293559758 |
|---|---|---|---|

9. Mailing Address in the U.S. *(if different than the address in Item Number 8)*

| In Care Of *(if applicable)*:<br>Same As above | Telephone Number<br>9293559758 |
|---|---|

| Street Number and Name<br>12021 Bay Port Street | Apt. Number<br>2112 |
|---|---|

| City<br>Garden Grove | State<br>CA | Zip Code<br>92840 |
|---|---|---|

| 10. Gender: ☐ Male  ☒ Female | 11. Marital Status: ☐ Single  ☒ Married  ☐ Divorced  ☐ Widowed |
|---|---|

| 12. Date of Birth *(mm/dd/yyyy)*<br>02/22/1988 | 13. City and Country of Birth<br>Riyadh          Saudi Arabia |
|---|---|

| 14. Present Nationality *(Citizenship)*<br>Egyptian | 15. Nationality at Birth<br>Egyptian | 16. Race, Ethnic, or Tribal Group<br>White | 17. Religion<br>Muslim |
|---|---|---|---|

18. *Check the box, a through c, that applies:*  **a.** ☒ I have never been in Immigration Court proceedings.

**b.** ☐ I am now in Immigration Court proceedings.  **c.** ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

19. *Complete 19 a through c.*

**a.** When did you last leave your country? *(mmm/dd/yyyy)* 07/27/2017  **b.** What is your current I-94 Number, if any?  46277172485

**c.** List each entry into the U.S. beginning with your most recent entry.  *List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)*

| Date 07/28/2017 | Place New York, NY | Status B2 | Date Status Expires 12/27/2017 |
|---|---|---|---|
| Date 03/01/2016 | Place New York, NY | Status B2 | |
| Date N/A | Place N/A | Status N/A | |

| 20. What country issued your last passport or travel document?<br>Egypt | 21. Passport Number  A06770404 | 22. Expiration Date *(mm/dd/yyyy)*<br>04/18/2019 |
|---|---|---|
| | Travel Document Number    None | |

| 23. What is your native language *(include dialect, if applicable)?*<br>Arabic | 24. Are you fluent in English?<br>☐ Yes  ☒ No | 25. What other languages do you speak fluently?<br>None |
|---|---|---|

| For EOIR use only. | For USCIS use only. | Action:<br>Interview Date:<br>Asylum Officer ID No.: | Decision:<br>Approval Date:<br>Denial Date:<br>Referral Date: |
|---|---|---|---|

**- 19 -**

## Part A.II. Information About Your Spouse and Children

**Your spouse**    ☐ I am not married. (Skip to **Your Children** below.)

| **1.** Alien Registration Number (A-Number) *(if any)* | **2.** Passport/ID Card Number *(if any)* | **3.** Date of Birth *(mm/dd/yyyy)* | **4.** U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 212936615 | A13957615 | 05/12/1989 | 692917767 |

| **5.** Complete Last Name | **6.** First Name | **7.** Middle Name | **8.** Other names used *(include maiden name and aliases)* |
|---|---|---|---|
| Salem | Mohamed | Ahmed | None |

| **9.** Date of Marriage *(mm/dd/yyyy)* | **10.** Place of Marriage | **11.** City and Country of Birth | |
|---|---|---|---|
| 06/27/2012 | Cairo, Egypt | Riyadh | Saudi Arabia |

| **12.** Nationality *(Citizenship)* | **13.** Race, Ethnic, or Tribal Group | **14.** Gender |
|---|---|---|
| Egyptian | White | ☒ Male    ☐ Female |

**15.** Is this person in the U.S.?    ☒ Yes *(Complete Blocks 16 to 24.)*    ☐ No *(Specify location):*  N/A

| **16.** Place of last entry into the U.S. | **17.** Date of last entry into the U.S. *(mm/dd/yyyy)* | **18.** I-94 Number *(if any)* | **19.** Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| New York | 01/31/2017 | 23236413985 | B2 |

| **20.** What is your spouse's current status? | **21.** What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | **22.** Is your spouse in Immigration Court proceedings? | **23.** If previously in the U.S., date of previous arrival *(mm/dd/yyyy)* |
|---|---|---|---|
| Pending Asylum | 07/30/2017 | ☐ Yes    ☒ No | 01/02/2016 |

**24.** If in the U.S., is your spouse to be included in this application?  *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☒ No

**Your Children.** List **all** of your children, regardless of age, location, or marital status.

☐ I do not have any children. *(Skip to Part. A.III., Information about your background.)*

☒ I have children.    Total number of children:  01

**(NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)*

| **1.** Alien Registration Number (A-Number) *(if any)* | **2.** Passport/ID Card Number *(if any)* | **3.** Marital Status *(Married, Single, Divorced, Widowed)* | **4.** U.S. Social Security Number *(if any)* |
|---|---|---|---|
| None | 544940552 | single | 848967488 |

| **5.** Complete Last Name | **6.** First Name | **7.** Middle Name | **8.** Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|
| Salem | Ahmed | Mohamed | 03/29/2016 |

| **9.** City and Country of Birth | **10.** Nationality *(Citizenship)* | **11.** Race, Ethnic, or Tribal Group | **12.** Gender |
|---|---|---|---|
| New York    USA | American | White | ☒ Male    ☐ Female |

**13.** Is this child in the U.S. ?    ☒ Yes *(Complete Blocks 14 to 21.)*    ☐ No *(Specify location):* N/A

| **14.** Place of last entry into the U.S. | **15.** Date of last entry into the U.S. *(mm/dd/yyyy)* | **16.** I-94 Number *(If any)* | **17.** Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| **18.** What is your child's current status? | **19.** What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | **20.** Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☐ Yes    ☒ No |

**21.** If in the U.S., is this child to be included in this application?  *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☒ No

**- 20 -**

**Part A.II. Information About Your Spouse and Children** *(Continued)*

| **1.** Alien Registration Number (A-Number) *(if any)* | **2.** Passport/ID Card Number *(if any)* | **3.** Marital Status *(Married, Single, Divorced, Widowed)* | **4.** U.S. Social Security Number *(if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| **5.** Complete Last Name | **6.** First Name | **7.** Middle Name | **8.** Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| **9.** City and Country of Birth | **10.** Nationality *(Citizenship)* | **11.** Race, Ethnic, or Tribal Group | **12.** Gender |
|---|---|---|---|
| N/A        N/A | N/A | N/A | ☐ Male    ☐ Female |

**13.** Is this child in the U.S. ?  ☐ Yes *(Complete Blocks 14 to 21.)*  ☒ No *(Specify location):*   N/A

| **14.** Place of last entry into the U.S. | **15.** Date of last entry into the U.S. *(mm/dd/yyyy)* | **16.** I-94 Number *(If any)* | **17.** Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| **18.** What is your child's current status? | **19.** What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | **20.** Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☐ Yes    ☒ No |

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☒ No

| **1.** Alien Registration Number (A-Number) *(if any)* | **2.** Passport/ID Card Number *(if any)* | **3.** Marital Status *(Married, Single, Divorced, Widowed)* | **4.** U.S. Social Security Number *(if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| **5.** Complete Last Name | **6.** First Name | **7.** Middle Name | **8.** Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| **9.** City and Country of Birth | **10.** Nationality *(Citizenship)* | **11.** Race, Ethnic, or Tribal Group | **12.** Gender |
|---|---|---|---|
| N/A        N/A | N/A | N/A | ☐ Male    ☐ Female |

**13.** Is this child in the U.S. ?  ☐ Yes *(Complete Blocks 14 to 21.)*  ☒ No *(Specify location):*   N/A

| **14.** Place of last entry into the U.S. | **15.** Date of last entry into the U.S. *(mm/dd/yyyy)* | **16.** I-94 Number *(If any)* | **17.** Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| **18.** What is your child's current status? | **19.** What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | **20.** Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☐ Yes    ☒ No |

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☒ No

| **1.** Alien Registration Number (A-Number) *(if any)* | **2.** Passport/ID Card Number *(if any)* | **3.** Marital Status *(Married, Single, Divorced, Widowed)* | **4.** U.S. Social Security Number *(if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| **5.** Complete Last Name | **6.** First Name | **7.** Middle Name | **8.** Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| **9.** City and Country of Birth | **10.** Nationality *(Citizenship)* | **11.** Race, Ethnic, or Tribal Group | **12.** Gender |
|---|---|---|---|
| N/A        N/A | N/A | N/A | ☐ Male    ☐ Female |

**13.** Is this child in the U.S. ?  ☐ Yes *(Complete Blocks 14 to 21.)*  ☒ No *(Specify location):* N/A

| **14.** Place of last entry into the U.S. | **15.** Date of last entry into the U.S. *(mm/dd/yyyy)* | **16.** I-94 Number *(If any)* | **17.** Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| **18.** What is your child's current status? | **19.** What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | **20.** Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☐ Yes    ☒ No |

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☒ No

- 21 -

**Part A.III. Information About Your Background**

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution.  *(List Address, City/Town, Department, Province, or State and Country.)*
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| Villa 44/Rehab City | New Cairo | Cairo | Egypt | 3/2014 | 07/2017 |
| N/A | N/A | N/A | N/A | N/A | N/A |

2. Provide the following information about your residences during the past 5 years.  List your present address first.
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 12021 Baybort Street, 2112 | Garden Grove | CA | USA | 09/2019 | Present |
| 13106 Chapman Ave, 4102 | Garden Grove | CA | USA | 06/2019 | 09/2019 |
| 7801 Ridge Blvd | Brooklyn | NY | USA | 07/2017 | 06/2019 |
| Villa 44/Rehab City | New Cairo | Cairo | Egypt | 03/2014 | 07/2017 |
| N/A | N/A | N/A | N/A | N/A | N/A |

3. Provide the following information about your education, beginning with the most  recent school that you attended.
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| Faculty of Communication | Cairo Univeristy | Cairo, Egypt | 09/2014 | 06/2017 |
| Yemeni Univeristy | Saudi Univeristy | Riyadh, Saudi Arabia | 09/2007 | 06/2010 |
| Thirteen High School | High School | Riyadh, Saudi Arabia | 09/2004 | 06/2007 |
| Thirteen High School | Middle School | Riyadh, Saudi Arabia | 09/2001 | 06/2004 |

4. Provide the following information about your employment during the past 5 years.  List your present employment first.
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| Valley Max          Garden Grove, CA | Product Specialist | 11   2019 | Present |
| Unemployed          N/A | N/A | 1   2010 | 11   2019 |
| N/A          N/A | N/A | N/A   N/A | N/A   N/A |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* Fayza Ahmed  Abdelbaky | Cairo, Egypt | ☐ Deceased Cairo, Egypt |
| *Father* Gaber Aly      Abdelal | Sohag, Egypt | ☐ Deceased Sohag, Egypt |
| *Sibling* Sahar Abdelal | Sohag, Egypt | ☐ Deceased Dubai, UAE |
| *Sibling* Mohamed Abdelal | Riyadh, Saudi Arabia | ☐ Deceased Dubai, UAE |
| *Sibling* Marwa Abdelal | Riyadh, Saudi Arabia | ☐ Deceased Cairo, Egypt |
| *Sibling* Abeer Abdelal | Riyadh, Saudi Arabia | ☐ Deceased Cairo, Egypt |

- 22 -

## Part B. Information About Your Application

*(NOTE: Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

1.  Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

    I am seeking asylum or withholding of removal based on:

    ☐ Race                    ☐ Political opinion

    ☐ Religion                ☒ Membership in a particular social group

    ☐ Nationality             ☒ Torture Convention

A.  Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

    ☐ No          ☒ Yes

    If "Yes," explain in detail:
    1. What happened;
    2. When the harm or mistreatment or threats occurred;
    3. Who caused the harm or mistreatment or threats; and
    4. Why you believe the harm or mistreatment or threats occurred.

    Please refer to my statement

B.  Do you fear harm or mistreatment if you return to your home country?

    ☐ No          ☒ Yes

    If "Yes," explain in detail:
    1. What harm or mistreatment you fear;
    2. Who you believe would harm or mistreat you; and
    3. Why you believe you would or could be harmed or mistreated.

    Please refer to my declaration

23

**Part B. Information About Your Application  (Continued)**

2.  Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States (including for an immigration law violation)?

☒ No            ☐ Yes

If "Yes," explain the circumstances and reasons for the action.

```
N/A
```

3.A.  Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☒ No            ☐ Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

```
N/A
```

3.B.  Do you or your family members continue to participate in any way in these organizations or groups?

☒ No            ☐ Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

```
N/A
```

4.  Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No            ☒ Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

```
Please see attached.
```

- 24 -

**Part C. Additional Information About Your Application**

(NOTE: Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.)

**1.** Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

☐ No     ☒ Yes

If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

My husband, Mohamed Soliman has previously applied for asylum and his file number is A 212 936 615. I was a derivative to his application, as his wife

**2.A.** After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

☒ No     ☐ Yes

**2.B.** Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

☐ No     ☒ Yes

If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

My son, Ahmed, is a US citizen

**3.** Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

☒ No     ☐ Yes

If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

N/A

- 25 -

Form I-589 (Rev. 09/10/19) N  Page 7

**Part C. Additional Information About Your Application** (Continued)

**4.** After you left the country where you were harmed or fear harm, did you return to that country?

☐ No          ☒ Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

> Please see attached

**5.** Are you filing this application more than 1 year after your last arrival in the United States?

☐ No          ☒ Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

> I was a derivative applicant to my husband's timely filed asylum application.  I was assigned the A number of 212 936 616.  I am now filing for asylum on my own based on my female genital mutilation.
>
> My husband and myself have also retained a previous counsel in New York, Ehab Moustafa and he never informed me about FGM.  I cannot file a complaint against him as he is DECEASED.  So, I am also applying based on the ineffective assistance of a prior counsel.

**6.** Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States (including for an immigration law violation)?

☒ No          ☐ Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

- 26

**Part D. Your Signature**

I certify, under penalty of perjury under the laws of the United States of America, that this application an[d the] evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in pa[rt:] Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title [28,] United States Code, knowingly subscribes as true, any false statement with respect to a material fact i[n this] application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, [or] knowingly presents any such application, affidavit, or other document containing any such false stateme[nt or] which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this titl[e or] imprisoned for up to 25 years. I authorize the release of any information from my immigration record tha[t U.S.] Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

*WARNING:* | Applicants who are in the United States unlawfully are subject to removal if their asylum [is not] granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | | | Write your name in your native alphabet. |
|---|---|---|---|
| Maram | Gaber Ali | Abdelal | *Maram Abdelal* |

Did your spouse, parent, or child(ren) assist you in completing this application?   ☒ No   ☐ Yes *(If " Yes," list the name and relationship.)*

| N/A | N/A | N/A | N/A |
|---|---|---|---|
| *(Name)* | *(Relationship)* | *(Name)* | *(Relationship)* |

Did someone other than your spouse, parent, or child(ren) prepare this application?   ☐ No   ☒ Yes *(If " Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?   ☒ No   ☐ Yes

Signature of Applicant *(The person in Part A.I.)*

➡ [ *Maram Abdelal* ]
Sign your name so it all appears within the brackets

Date *(mm/dd/yyyy)*

**Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child**

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer<br>Gihan Thomas<br>Law Offices of Gihan Thomas |
|---|---|
| Daytime Telephone Number<br>3102032242 | Address of Preparer: Street Number and Name<br>611 Wilshire Blvd. |

| Apt. Number<br>907 | City<br>Los Angeles | | State<br>CA | Zip Code<br>90017 |
|---|---|---|---|---|

| To be completed by an attorney or accredited representative (if any). | ☒ **Select this box if Form G-28 is attached.** | Attorney State Bar Number (if applicable)<br>198612 | Attorney or Accredited Representative USCIS Online Account Number (if any)<br>N / A |
|---|---|---|---|

### Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Asylum Officer

### Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Immigration Judge

- 28 -

I am now filing my asylum application on my own because I was a victim of circumcision in Egypt. When I entered the United States, my husband and myself consulted with an attorney in New York, and he never inquired about whether I was circumcised in Egypt or not. This attorney is called Ehab Moustafa.

Mr. Moustafa told my husband based on religion in Egypt that he would file asylum based on that. We filed the asylum application in a timely manner. I was added as the spouse and called a derivative to my husband's application. We received the receipt from the Asylum Office in New York, and we complied with the fingerprints request that they gave us. We resided in New York for approximately two years. We did not like it over there, and we decided to move to California.

After we moved to California, our former counsel, Mr. Ehab Moustafa passed away. We find difficulties communicating with the people that took over his office. We decided to locate an attorney in California to take over our case. We also learned that I could have filed for asylum on my own based on my circumcision in Egypt.

The current counsel, referred us to a USCIS Civil Surgeon, Dr. Isaac Beshay, of the Family Doctors Clinic, in Orange County. Dr. Beshay himself conducted an examination on my genitals and told me that I am a victim of female genital mutilation and that my degree is Type II according to the World Health Organization. I am attaching a copy of his report for your information.

I was born in Riyadh, Saudi Arabia. My father was working temporarily as a teacher in one of the schools. The position was temporary. I was born there along with several of my other siblings (Mohamed, Marwa, Abeer and Ahlam). Even though we were born in Saudi Arabia, we were never given citizenship. The Saudi Arabian government does not recognize foreigners and would never give or accord either citizenship or permanent lawful status to anyone other than the local Saudis.

I lived Saudi Arabia until 2010. However, as an Egyptian family, we would return every summer, during the school summer break, to spend 2 to 3 months in Egypt. My circumcision occurred while we were on our trip to Egypt. My sisters, along with myself, were all circumcised on the same day, in Sohag, Egypt.

My father was born in Sohag that is located in Upper Egypt. The families in Sohag are very conservative and they believe that the cutting of the girl's genitals protect her from losing her virginity. Cutting of the genitals suppress the sexual urges. Sadly, my father's family had these beliefs. I was a victim of these beliefs and practices.

I was approximately 8 or 9 years old. We returned to stay at our home. We maintained a home in Sohag even though we lived in Saudi Arabia. I recall that day, a man came carrying a bag. My father escorted him to the living room area. He was the one that performed the circumcision on me and my sisters. I was the youngest. I recall they took us each one separately. I was the last one.

They kept us all in one bedroom and they took one after one by her turn to be circumcised in the

- 29 -

living room. My mother remained with us in the bedroom, and she had it locked. When we heard the screams of each respective sister, who were screaming the living room, my mother would tell us that everything will be ok. When my turn came in, I found my sisters, laying on the ground with a pool of blood, in the living room. I was treated the same. Since I was the last one, my mother joined my father and this man to assist him in my circumcision.

This man drugged me. When I woke up, I had pain in my genitals. I was still in the same room and my sisters were all laying next to me on the ground. I also had a pool of blood around me.

We were pain for several weeks. We were bleeding for about 3 to 4 days. I could not pee or use the bathroom. We were crying and screaming and all of us were so mad at our parents.

I was disturbed psychologically from the scene of blood. I saw my sisters laying in blood and until today, I cannot see the blood when I get wounded. I also had nightmares as a child. I was too young to understand what happened.

We asked my mother why she subjected us to this operation. She responded that this was necessary and we had to do it. My mother herself was also circumcised when she was young.

We had itching in our genitals and we were inflamed and we had redness around the wounded genitals. We remained home crying and screaming.

My only sister that was saved from this retarded procedure was Alham because my family realized that this is a horrible procedure. It has killed every beautiful meaning in my life as a female, later on.

On my wedding night, I was terrified to open my legs. I also was terrified that he would touch my genitals. It took several days before he was able to have an intercourse with me. After that, it was a very painful. For me, it just performing a duty as a wife. I pretend that I am enjoying it, but deep inside, I want him to end it. I have no pleasure. I have no urges and I feel painful after each penetration. Sometimes, I have some minor bleeding after the intercourse.

I still have infections and itching all the time. I used to see a doctor in Egypt. She used to give me creams and anti-fungal and vaginal washes.

I don't want to return back to Egypt. I have fear to go back to a place with bad memories. A country that took away my humanity, my dignity, my femininity and my life.

*Maram Abdelal.*

Maram Abdelal

- 30 -



**LAW OFFICES OF GIHAN THOMAS**
A Professional Corporation

Certified Specialist, Immigration and Nationality Law
The State Bar of California, Board of Legal Specialization

611 Wilshire Blvd., Suite 907
Los Angeles, California 90017
Telephone (310) 203-2242
Facsimile (310) 203-2287
gihanthomaslaw@yahoo.com

David Randall*
*Member of the Texas Bar
Jude Farah*
*Member of the New York Bar



August 13, 2020

**Via Certified Mail**
Los Angeles Asylum Office
Attn: Direct Filing POC
P.O. Box 2003
Tustin, CA 92781

RE:  Maram Gaber Ali Abdelal – A 216 102 842
(Previously Included as Derivative to: Mohamed Ahmed Salem – A 212 936 615)

Dear Sir/Madam

I am the attorney of record for the above referenced applicant.  Her case is currently pending before the Los Angeles Asylum Office as a derivative to her spouse's pending asylum application under Mohamed Ahmed Salem – A 212 936 615.  Mrs. Abdelal wants to file her asylum on her own based on different grounds.

I am enclosing our G-28 for your ready reference, the I-589, her declaration as well as supporting documents in support of this new application.

Please file in your usual manner. Stay safe.

Sincerely,
LAW OFFICES OF GIHAN THOMAS
A Professional Corporation


Gihan L. Thomas
Certified Specialist, Immigration & Nationality Law
State Bar of CA, Board of Legal Specialization

2020 AUG 19 PM 4: 25

LOS ANGELES ASYLUM OFFICE
RECEIVED

- 31A -

U.S. Department of Homeland Security
*Los Angeles Asylum Office*
*P.O. Box 2003*
*Tustin CA 92781-2003*
Tel: (714) 368-5700
Fax: (714) 368-5799
Email: LosAngelesAsylum@uscis.dhs.gov



U.S. Citizenship
and Immigration
Services

August 18, 2020

MARAM ABDELAL
12021 BAY PORT ST APT 2112
GARDEN GROVE, CA 92840

Re:    A 216102842

Dear MARAM ABDELAL:

This letter is in response to your request received on August 17, 2020.


**Status/Inquiry**

☑ The Los Angeles Asylum Office has completed your request to file a new I-589
Application.


Please visit https://www.uscis.gov for more information regarding immigration benefits.

Sincerely,

*for*

David M. Radel, Director
Los Angeles Asylum Office


*CC:*   LAW OFFICES OF GIHAN THOMAS
        ATTN: GIHAN THOMAS, ESQ
        611 WILSHIRE BLVD STE 907
        LOS ANGELES CA 90017

**- 31B -**

# Exhibit C

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| | | | | NOTICE DATE March 07, 2017 |
|---|---|---|---|---|
| Fingerprint Notification | | | | |
| CASE TYPE I589   Application For Asylum | | | CODE 3 | USCIS A# A 212 936 615 |
| RECEIPT NUMBER ZNY1700058050 | RECEIVED DATE February 22, 2017 | PRIORITY DATE February 22, 2017 | | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

MOHAMED AHMED SALEM
c/o EHAB A MOUSTAFA
LAW OFFICE OF EHAB MOUSTAFA
7201 5TH AVENUE
BROOKLYN NY  11209



You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS BROOKLYN 1260 - 1278 60TH STREET BROOKLYN NY 112194929 | 03/17/2017 03/31/2017 | Sat - Sun  Closed Mon - Fri 8am-3pm |

BIOMETRICS PROCESSING STAMP
ASC SITE CODE
BIOMETRICS QA REVIEW BY:
ON
TENPRINT QA REVIEW BY

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, **you MUST BRING THIS LETTER, or you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization.** Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. **Note: Asylum applicants are not required to present identification documents in order to have biometrics collected; however, if you have photo identification you should bring it with you. Biometrics processing may take longer without identification.**

Please note that ASC staff will not be able to answer questions about the status of your application. If you have questions, please contact the asylum office with jurisdiction over your application. Contact information can be found at the "Find a USCIS Office" link on the USCIS website at www.uscis.gov.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.

*NOTE: USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R., Section 16.34.*

**Rescheduling Form:** ☐ Please reschedule my appointment. Upon receipt of your request, you will receive a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to: **BPU, Alexandria ASC, 8850 Richmond Highway, Suite 100, Alexandria, VA 22309-1586.** If you have any questions regarding this notice, please call 1-800-375-5283.

REPRESENTATIVE COPY



- 31 -

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  07/11/14  Y

Department of Homeland Security
U.S. Citizenship and Immigration Services

*917 - S#:50 7850*

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| **ASC Appointment Notice** | **APPLICATION/PETITION/REQUEST NUMBER** ZNY1700191690 | | **NOTICE DATE** 08/26/2017 |
|---|---|---|---|
| **CASE TYPE** I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | **ACCOUNT NUMBER** | **USCIS A#** A216 102 842 | **CODE** 3 |



MARAM GABER ABDELAL
c/o EHAB A MOUSTAFA
LAW OFFICE OF EHAB MOUSTAFA
7201 5TH AVENUE
BROOKLYN NY 11209

To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| **APPLICATION SUPPORT CENTER** USCIS BROOKLYN 1260-1278 60th Street Brooklyn NY 11219 | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** **DATE AND TIME OF APPOINTMENT** 09/11/2017 08:00AM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE,** and
2. **PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

**NOTE:** USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

**NOTE:** If USCIS ASC is closed due to inclement weather or for other unforeseeable circumstances, USCIS will automatically reschedule your appointment for the next available appointment date and mail you a notice with the new date and time.

**WARNING:** Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being considered abandoned and dismissed by the immigration judge.

**CHANGE OF ADDRESS:** You must notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/addresschange for instructions to change your address online or to mail a completed Form AR-11, *Alien's Change of Address Card*, to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you must also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, *Alien's Change of Address Form/Immigration Court*, in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

**WARNING:** You must update your mailing address with USCIS, and, if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

### REQUEST FOR RESCHEDULING

☑ **Please reschedule my appointment.** Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice.

**APPLICATION NUMBER**
I589 - ZNY1700191690





BIOMETRICS PROCESSING STAMP
ASC SITE CODE
BIOMETRICS QA REVIEWED BY:

218

218

TENDED QA REVIEWED ON SEP 11 2017

If you have any questions regarding this notice, please call 1-800-375-5283.
If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.

**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

**-39-**

# Exhibit D

**staff@gihanthomaslaw.com**

| | |
|---|---|
| **From:** | Los Angeles Asylum <LosAngelesAsylum@uscis.dhs.gov> |
| **Sent:** | Friday, February 26, 2021 6:58 AM |
| **To:** | staff@gihanthomaslaw.com |
| **Subject:** | RE: Standby - Mohamed Salem |

We have received your request to be added to the Standby List.  The request is currently pending review.  You will be notified in the future once this process is completed.

Thank you,

Los Angeles Asylum Office
P O Box 2003
Tustin, CA  92781-2003

JC

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, the reader is hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited.  If you have received this in error, please reply immediately to the sender and delete this message.*

**From:** Los Angeles Asylum <LosAngelesAsylum@uscis.dhs.gov>
**Sent:** Friday, January 29, 2021 9:27 AM
**Subject:** FW: Standby - Mohamed Salem A# 212 936 615

**From:** staff@gihanthomaslaw.com <staff@gihanthomaslaw.com>
**Sent:** Friday, January 29, 2021 8:58 AM
**To:** Los Angeles Asylum <LosAngelesAsylum@uscis.dhs.gov>
**Subject:** Standby - Mohamed Salem A# 212 936 615

**CAUTION:** This email originated from outside of the Federal Government. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the USCIS Security Operations Center with questions or click the "Report Suspicious Email" button to report it as a phishing attempt.

Dear Sir/Madam

Please find the attachment for your kind reference.


**Sincerely,**
Theresa Ghobrial

Legal Assistant
Law Offices of Gihan Thomas
930 Colorado Blvd., Unit # 2
Los Angeles, CA 90041
T. 310.203.2242

1

**- 33 -**

F. 310.203.2287
E. gihanthomaslaw@yahoo.com
gihanthomaslawoffice@gmail.com
staff@gihanthomaslaw.com

- 34 -

# Exhibit E



U.S. CITIZENSHIP AND IMMIGRATION SERVICES
**OFFICE OF LEGISLATIVE AFFAIRS**

# Privacy Release

Member of Congress: _____

**Petitioner/Applicant:**

Name:_____Mohamed Salem_____     Date of Birth: 05-12-1989

Alien number (if any): A 212-936-615     Country of Birth: Saudi Arabia

**Beneficiary:**

Name: Ahmed Salem , Malek Salem     Date of Birth: 3/29/2016 , 4-17-2021

Alien number (if any): USA Citizens     Country of Birth: United States

USCIS receipt number or tracking number (*no Social Security numbers*): ZNY1700058050

Date of filing: 02-22-2017

**Form type(s) – check all that apply:**

☐ G-639 ☐ I-90 ☐ I-129 ☐ I-129F ☐ I-130 ☐ I-131 ☐ I-140 ☐ I-212 ☐ I-290B ☐ I-360

☐ I-485 ☐ I-526 ☐ I-539 ■ I-589 ☐ I-590 ☐ I-600A ☐ I-600 ☐ I-601 ☐ I-612 ☐ I-690

☐ I-730 ☐ I-751 ☐ I-765 ☐ I-821 ☐ I-824 ☐ I-829 ☐ I-914 (Supplement A, B, or C)

☐ I-918 ☐ I-924 ☐ I-929 ☐ N-400 ☐ N-600 ☐ N-565 ☐ N-644 ☐ Other: _____

**- 35 -**

U.S. CITIZENSHIP AND IMMIGRATION SERVICES
**OFFICE OF LEGISLATIVE AFFAIRS**

# Privacy Release

**Brief description of the issue** *(if you need more space, attach a separate sheet)*:

Staff Member (print): Mohamed Salem                     Phone: 9178187850

Email: moody.log@hotmail.com

**Section below to be completed by the person who is the subject of the records:**

I certify, under penalty of perjury, that 1) I provided or authorized all of the information in this privacy release and any document submitted with it; 2) I reviewed and understand all of the information contained in my privacy release and submitted with it; and 3) all of this information is complete, true, and correct.

I, (print your name) Mohamed Salem                     , authorize USCIS to release information contained in my USCIS records as relevant to checking my case status, and to the extent permitted by law, to Senator/Representative____Alan  Lowenthal____and the Member's staff.

Signature (sign in ink):____Mohamed Salem_____    Date: 1 - 19 - 2022

**Current Residential Address** *(Do not list a P.O. Box.)*

Address: 706 Veneto , Irvine, CA 92614

Phone: 9178187850                     Email: moody.log@hotmail.com

**Mailing Address** *(If different from current residential address, i.e., P.O. Box.)*

Address: _____

Phone:_____    Email: _____

**Translator Certification** *(If privacy release or any of the supplemental information has been translated.)*

I certify, under penalty of perjury, that I am fluent in English and _____, and that my translation of the privacy release and any foreign language documents submitted with this inquiry are complete and accurate.

Translator Name (print): _____

Signature (sign in ink):_____    Date: _____

- 36 -
2



U.S. CITIZENSHIP AND IMMIGRATION SERVICES
**OFFICE OF LEGISLATIVE AFFAIRS**

# Privacy Release

Member of Congress: _____

## Petitioner/Applicant:

Name: Maram Abdelal _____

Date of Birth: 02-22-1988 _____

Alien number (if any): A216-102-842 _____

Country of Birth: Saudi Arabia _____

## Beneficiary:

Name: Ahmed Salem , Malek Salem _____

Date of Birth: 3-29-2016, 4-17-2021 _____

Alien number (if any): USA Citizens _____

Country of Birth: United States _____

USCIS receipt number or tracking number *(no Social Security numbers)*: ZNY1700191690 _____

Date of filing: 9-11-2017 _____

**Form type(s) – check all that apply:**

☐ G-639 ☐ I-90 ☐ I-129 ☐ I-129F ☐ I-130 ☐ I-131 ☐ I-140 ☐ I-212 ☐ I-290B ☐ I-360

☐ I-485 ☐ I-526 ☐ I-539 ▣ I-589 ☐ I-590 ☐ I-600A ☐ I-600 ☐ I-601 ☐ I-612 ☐ I-690

☐ I-730 ☐ I-751 ☐ I-765 ☐ I-821 ☐ I-824 ☐ I-829 ☐ I-914 (Supplement A, B, or C)

☐ I-918 ☐ I-924 ☐ I-929 ☐ N-400 ☐ N-600 ☐ N-565 ☐ N-644 ☐ Other: _____

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**
## OFFICE OF LEGISLATIVE AFFAIRS

# Privacy Release

**Brief description of the issue** *(if you need more space, attach a separate sheet)*:

Staff Member (print): Maram Abdelal                    Phone: 9293559758

Email: moody.log@hotmail.com

**Section below to be completed by the person who is the subject of the records:**

I certify, under penalty of perjury, that 1) I provided or authorized all of the information in this privacy release and any document submitted with it; 2) I reviewed and understand all of the information contained in my privacy release and submitted with it; and 3) all of this information is complete, true, and correct.

I, (print your name) Maram Abdelal                    , authorize USCIS to release information contained in my USCIS records as relevant to checking my case status, and to the extent permitted by law, to Senator/Representative   Alan Lowenthal   and the Member's staff.

Signature (sign in ink): _Maram Abdelal_                    Date: 1-19-2022

**Current Residential Address** *(Do not list a P.O. Box.)*

Address: 706 Veneto , Irvine, CA 92614

Phone: 9293559758                    Email: moody.log@hotmail.com

**Mailing Address** *(If different from current residential address, i.e., P.O. Box.)*

Address: _____

Phone: _____    Email: _____

**Translator Certification** *(If privacy release or any of the supplemental information has been translated.)*

I certify, under penalty of perjury, that I am fluent in English and _____, and that my translation of the privacy release and any foreign language documents submitted with this inquiry are complete and accurate.

Translator Name (print): _____

Signature (sign in ink): _____ Date: _____

Dear U.S citizenship and immigration services office of legislative affairs.

Name: Mohamed Salem

Name: Maram Abdelal

We came here to the United States since January 31,2017 and we have been waiting long time almost 5 years, we are suffering to get date and appointment for our asylum case to meet the officer or the judge,

To get the legal rights so we can be able to travel to meet my family In different country other than Egypt , I had lost one of my family member that he passed away last month and I couldn't able to see him so I want to see my parent before they had bad circumstances happen to them ,and I have been suffering that I can't work in my career as airline pilot because thy require the legal rights to travel in and outside  USA so  I am working temporary now, but my job now is not enough to cover my kid's expenses and I have been applying to different airlines and thy reject me because I don't have green card and I had the experience and the requirement to work in my career except the green card, And my wife Maram  is also suffering  to study in University  so she can able to apply and she can start new career with new life  in Good position,  I want also to have the legal right in elections. My kids are depressed because they could not be able to see their grandfather, grandmother they just saw them by facetime through the phone and thy couldn't be able to attend any celebration with the family.

So Please we are hoping to Schedule us any upcoming close date to do the interview. Thank you for the Help and the Support ,

Regards,

Mohamed Salem & Maram Abdelal

- 39 -

# Exhibit F

**d.mello@gihanthomaslaw.com**

| | |
|---|---|
| **From:** | Lele Ali <leleali1988@gmail.com> |
| **Sent:** | Thursday, October 20, 2022 7:36 PM |
| **To:** | G.THOMAS@gihanthomaslaw.com |
| **Cc:** | D.MELLO@gihanthomaslaw.com |
| **Subject:** | Fwd: Casework Inquiry | Congresswoman Porter |

Sent from my iPhone

Begin forwarded message:

**From:** Mohamed Salem <moody.log@hotmail.com>
**Date:** 11 October 2022 at 1:59:32 PM GMT-7
**To:** Lele Ali <leleali1988@gmail.com>
**Subject: Fwd: Casework Inquiry | Congresswoman Porter**

Sent from my iPhone

Begin forwarded message:

    **From:** Mohamed Salem <MOODY.LOG@hotmail.com>
    **Date:** February 16, 2022 at 6:55:34 PM PST
    **To:** "Vasquez, Gissell" <Gissell.Vasquez@mail.house.gov>
    **Subject: Re: Casework Inquiry | Congresswoman Porter**

    Hello Vasquez ,

    Thank you for your email I appreciate it , Looking forward for your email

    Regards

    Mohamed Salem

        On Jan 28, 2022, at 12:49 PM, Vasquez, Gissell <Gissell.Vasquez@mail.house.gov>
        wrote:

        Good afternoon,

        Thank you for contacting our office about your case. I have reviewed your
        applications and will be making an inquiry on your behalf with the New York
        Asylum Office about an expedited review of your applications. I'm sorry to hear
        about the situation you have been in. I will let you know of their response when I
        receive one which may take an average of 4 weeks. Thanks in advance for your
        patience.

**- 40 -**

Best,

--

**Gissell Vásquez** | (She/her/hers)
Constituent Liaison
Congresswoman Katie Porter (CA-45)
2151 Michelson Drive, Suite 195 | Irvine, CA, 92612
Office Phone: (949) 668-6600

- 41 -

**d.mello@gihanthomaslaw.com**

| | |
|---|---|
| **From:** | Lele Ali <leleali1988@gmail.com> |
| **Sent:** | Thursday, October 20, 2022 7:35 PM |
| **To:** | G.THOMAS@gihanthomaslaw.com |
| **Cc:** | D.MELLO@gihanthomaslaw.com |
| **Subject:** | Fwd: Los Angeles Asylum autoreply |

Sent from my iPhone

Begin forwarded message:

**From:** Lele Ali <leleali1988@gmail.com>
**Date:** 20 October 2022 at 1:18:38 PM GMT-7
**To:** D.MELLO@gihanthomslaw.com, g.thomas@gihanthomaslaw.com
**Subject:** Fwd: Los Angeles Asylum autoreply

Sent from my iPhone

Begin forwarded message:

**From:** Mohamed Salem <moody.log@hotmail.com>
**Date:** 11 October 2022 at 1:58:13 PM GMT-7
**To:** Lele Ali <leleali1988@gmail.com>
**Subject:** Fwd: Los Angeles Asylum autoreply

Sent from my iPhone

Begin forwarded message:

> **From:** Los Angeles Asylum <LosAngelesAsylum@uscis.dhs.gov>
> **Date:** May 8, 2022 at 7:45:48 AM PDT
> **To:** Mohamed Salem <MOODY.LOG@hotmail.com>
> **Subject:** Los Angeles Asylum autoreply

**This is an automated response. Do NOT reply to this email.**

**For more information about rescheduling your appointment due to the Coronavirus (COV-19) go to https://www.uscis.gov/about-us/find-a-uscis-office.**

**\*\*\*THE STANDBY LIST IS NOW CLOSED\*\*\***
**The ZLA Standby List open enrollment is closed as of COB 02/16/2021. If you submitted a request to be added to the list, we will respond to you in the order it was received. Please be** - 42 -

patient as we received a large number of requests. If you did not provide a complete package, we will respond to you and give you 21 days from the date of our notice to correct it.

If you submitted your request after 02/16/2021, your request will not be considered.

### PLEASE READ THIS INFORMATION CAREFULLY

Thank you for contacting the Los Angeles Asylum Office with U.S. Citizenship and Immigration Services. We have received your inquiry and will respond within fifteen business days.

You may check case status by visiting http://www.uscis.gov/casestatus

USCIS schedules asylum interviews in the following order of priority:

- First priority: Applications that were scheduled for an interview, but the interview had to be rescheduled at the applicant's request or the needs of USCIS.

- Second priority: Applications that have been pending 21 days or less.

- Third priority: All other pending affirmative asylum applications will be scheduled for interviews starting with newer filings and working back towards older filings.

Due to the Covid-19 pandemic, our office is not open for walk in inquiries until further notice.

**Beginning Nov. 2, 2020, the Los Angeles Asylum Office will no longer accept the local filing of Form I-589, Application for Asylum and for Withholding of Removal. Form I-589s that previously were filed directly with a local asylum office must be filed with the Asylum Vetting Center in Atlanta, Georgia.**

**For more information, see the Form I-589 filing instructions that are available online at https://www.uscis.gov/i-589, including "Where to File" special instructions.**

For questions regarding Form I-730 petitions filed by refugee petitioners, please contact USCIS at LosAngeles.I-730@uscis.dhs.gov and include your name, address, Form I-730 receipt number, and your beneficiary's A-number. You may also send inquiries to the following mailing address:

USCIS
P.O. BOX 2000
TUSTIN CA 92781-200

Thank you,

Los Angeles Asylum Office

**- 43 -**